### Commonwealth *v.* Horvath, Appellant.

Argued April 13, 1971. *Wendell G. Freeland,* with him *David L. Lichtenstein,* and *Lichtenstein & Bartiromo,* for appellant; *Robert C. Reed,* Assistant District Attorney, with him *John G. Good, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

### Commonwealth *v.* Janick, Appellant.

Submitted April 12, 1971. *John R. Wingerter,* and *Carney, Good, Brabender, Palmisano and Walsh,* for appellant; *Michael M. Palmisano,* District Attorney, for Commonwealth, appellee.

Order affirmed.